Patrick J. KELLY, Plaintiff-Appellant,

v.

OCWEN LOAN SERVICING, LLC; IndyMac Mortgage Services; OneWest Bank, N.A.; Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust 2007-A9 Mortgage Pass Through Certificates Series 2007-I, Defendants-appellees,

and

Carrie M. Ward; Howard N. Bierman; Jacob Geesing; Pratima Lele; Joshua Coleman; Richard R. Goldsmith, Jr.; Ludeen McCartney-Green; Jason Kutcher; Nicholas Derdock; Elizabeth C. Jones, Defendants.

No. 17-1843

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

final and appealable. *Goode v. Cent. Va. Legal Aid Soc'y*, 807 F.3d 619, 623 (4th Cir. 2015).

Patrick J. Kelly, Appellant Pro Se. Edward Win-Teh Chang, Philadelphia, Pennsylvania, Andrew Michael Williamson, BLANK ROME, LLP, Washington, D.C., for Appellees.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick J. Kelly appeals the district court's order dismissing his action seeking a declaratory judgment that his loan with Defendant was rescinded by his notices sent to the lender. Because his action to enforce the rescission was not filed within the applicable time period, the district court dismissed the action as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kelly v. OCWEN Loan Servicing, LLC*, No. 1:17-cv-00039-GLR, 2017 WL 4478250 (D. Md. June 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*